JS 45_(5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Boston__    **Category No.** ___II___    **Investigating Agency** __ICE__

**City** __Boston__    **Related Case Information:**

**County** __Suffolk__    Superseding Ind./ Inf. _____ Case No. **11·10236**
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Pablo Antonio Rodriguez Soto__    Juvenile  ☐ Yes  ☒ No

Alias Name **Pablo Rodriguez, Jorge Luis Martinez, Jose Gonzalez, Jose Gonsales, Jose Gonzales, Aurelio Llano Falero**

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hisp__ Nationality: __Dominican__

Defense Counsel if known: _____ Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Peter J. Pratt (SAUSA)__    Bar Number if applicable __561930__

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect: __Spanish__

Victims:  ☐ Yes  ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☒ No

Matter to be SEALED:  ☐ Yes  ☒ No

    ☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __May 26, 2011__

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __June 22, 2011__    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Pablo Antonio Rodriguez Soto

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. §1326 | Illegal Reentry of a Deported/Removed Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**